ORIGINAL

FILED

11/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0004

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 24-0004

_____

IN RE THE PETITION OF                                  O R D E R
ELIZABETH FORSTER

_____

Elizabeth Forster has petitioned this Court for admission to active status in the State Bar of Montana after having been on inactive status since October 2022.

IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

IT IS FURTHER ORDERED that Petitioner has shown that Petitioner's occupation during inactive status is sufficient to warrant admission to active status without being required to make up continuing legal education requirements for the time Petitioner was on inactive status.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 18th day of November 2024.

For the Court,

By _____
                  Justice

FILED

NOV 1 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana